THOMAS MCKIBBON *et al.*, plaintiffs in error, *vs.* JOHN J. FOLDS, defendant in error.

(BY TWO JUDGES.)—The Court below adjourned on the 15th of March, and the bill of exceptions was not certified till the 15th of April thereafter. The bill of exceptions was dismissed because it was not certified within thirty days from the adjournment of the Court. (R.) 9th March, 1872.

DOYAL & NUNNALLY; PEEPLES & STEWART, for plaintiffs in error.

D. J. BAILEY, by Z. D. HARRISON, for defendant.